IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PRIEST,

    Petitioner,                    No. CIV S-07-0064 LKK KJM P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 10, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed March 10, 2008, are adopted in full.

2. Respondent's motion to dismiss (Docket No. 6) is granted as to petitioner's claims that his sentence exceeds his bargained-for term of twelve-to-fourteen years and that changes in the composition of the parole board and parole policy violate his rights, but denied as to the claim that his plea bargain has been violated by his eligibility for parole supervision for life.

3. Respondent is directed to file an answer to the remaining claim, accompanying by the necessary transcripts and record, within sixty days of the date of this order.

DATED: June 2, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT