IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PRIEST,

    Petitioner,               No. CIV S-07-0064 LKK KJM P

  vs.

D.K. SISTO, Warden, et al.,

    Respondents.           ORDER

_____/

        On June 3, 2008, the district court granted in part and denied in part respondent's motion to dismiss; in the same order, respondent was directed to file an answer and the transcripts necessary to a resolution of this case. Respondent has not responded to this order.

        IT IS HEREBY ORDERED that respondent is directed to answer the one claim remaining in this habeas action and file the necessary transcripts and records within thirty days of the date of this order.

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

2 /prie0064.res

1