1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST, ) | |
| ) | |
| Petitioner, ) | Case No. 2:07-CV-0064 AWT |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| D.K. SISTO, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner's motions for extensions of time within which to file a traverse are granted, and said time is extended to February 17, 2009.  The request to consolidate this case with Case No. CV-S-07-1186-JAM-CMK, is denied.

1     Petitioner's motion for appointment of counsel is denied.

2     Dated: February 9, 2009

3                          /s/ A. Wallace Tashima
4                           A. WALLACE TASHIMA
5                         United States Circuit Judge
6                           Sitting by Designation

7

8

9

10

11

12

13

14

15

16

17

18

19

20