## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID PRIEST, | ) | |
| | ) | |
| Petitioner, | ) | No. 2:07 CV-0064 AWT |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| D.K. SISTO, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order of Dismissal, signed and filed concurrently with this Judgment,

**IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are **DISMISSED.**

Dated:   September 3, 2010.

/s/   *A. Wallace Tashima*
A. WALLACE TASHIMA
United States Circuit Judge
Sitting by Designation