UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST, | |
| | No. 2:07 CV 0064 AWT |
| Petitioner, | |
| | ORDER EXTENDING TIME |
| v. | TO FILE NOTICE OF APPEAL |
| | |
| D.K. SISTO, | |
| | |
| Respondent. | |
| _____ | |

Petitioner's *ex parte* motion therefor being timely and sufficient good cause having been shown, the request for an extension of time within which to file a notice of appeal is granted, and the time within which to file a notice of appeal from the Judgment in this case is extended, pursuant to Fed. R. App. P. 4(a)(5), for

/ / / / /

/ / / / /

a period of 30 days, from October 3 to November 2, 2010.

Dated: October 1, 2010

                                                  */s/ A. Wallace Tashima*
                                                  United States Circuit Judge
                                                  Sitting by designation.